

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-21-00038-CV

**IN THE INTEREST OF R.H.B., III AND C.D.B., CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's brief was originally due on June 16, 2021.  On June 11, 2021, appellant filed an unopposed motion to extend the time in which to file the brief.  Appellant's counsel, Ms. Jessica Lambert, stated she requested a supplemental clerk's record "in April 2020." Ms. Lambert did not provide this court with a copy of her request, proof that payment has been made for the supplemental record, or a list of the items she wished included in the supplemental record. Because Ms. Lambert did not provide this court with this information, this court is unable to order the district clerk to file a supplemental record by a date certain.  On June 11, 2021, this court granted the request for an extension of time and ordered Ms. Lambert to file appellant's brief no later than August 2, 2021.  Ms. Lambert was cautioned that further requests for an extension would be disfavored absent extenuating circumstances.

On June 30, 2021, Ms. Lambert filed a response to our order in which she stated she requested the supplemental clerk's record on April 29, 2021 and paid for the record.  Attached to the response was a file-stamped copy of her request to the district clerk requesting the documents to be included in the supplemental record.

The district clerk is hereby ORDERED to file with this court, **no later than July 12, 2021**, a supplemental clerk's record containing the following documents:

1. Motion for Reconsideration filed on 12/02/2020;
2. Order on Motion for Enforcement and Contempt signed on 02/03/2021;
3. Motion to Set Aside, Correct, Amend and/or Reform Judgment filed on 03/03/2021;
4. Referral Order on Motion to Set Aside, Correct, Amend and/or Reform Judgment signed on 04/12/2021;
5. Final Order on Motion to Set Aside, Correct, Amend and/or Reform Judgment signed on 04/12/2021;
6. This Request for Supplemental Clerk's Record;
7. The Court's Docketing Sheet; and

8. A certified Bill of Costs, including the cost of preparing the clerk's record, showing credits for payments made.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court